JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES SHAYLER, | ) | Case No. CV 20-5817 FMO (DFMx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| D.S.R. PARTNERS, LLC, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Dismissing Action Without Prejudice, IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 21st day of September, 2020.

/s/
Fernando M. Olguin
United States District Judge